FILED

2014 JAN -3 PM 4:11

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

1  BUCHALTER NEMER
   A Professional Corporation
2  GEORGE STEPHAN (SBN: 67692)
   FARAH P. BHATTI (SBN: 218633)
3  JASON E. GOLDSTEIN (SBN: 207481)
   SULIMAN JAMAL (SBN: 293423)
4  18400 Von Karman Avenue, Suite 800
   Irvine, California 92612-0514
5  Telephone: (949) 760-1121
   Fax: (949) 720-0182
6  Email: gstephan@buchalter.com
   Email: fbhatti@buchalter.com
7  Email: jgoldstein@buchalter.com
   Email: sjamal@buchalter.com
8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11            CV14- 84 STO (FPMX)

12  HAAS AUTOMATION, INC.,                Case No.

13            Plaintiff,                  Complaint for:

14       vs.                             **1. Violation of the Anticybersquatting
                                          Consumer Protection Act.**
15  BRIAN DENNY, an individual,
    CNCPROS.NET, Inc., an Idaho          **[DEMAND FOR TRIAL BY JURY]**
16  Corporation, AUTOMATED
    SOLUTIONS, INC., an Idaho
17  Corporation doing business as ASI
    MACHINE & SUPPLY,
18  CNCLISTINGS, LLC, an Idaho
    Corporation, FHD
19  INTERNATIONAL, LLC, an Idaho
    limited liability company and Does
20  1-10 inclusive

21            Defendants.

22

23

24

25

26

27

28

BN 12441547V1

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

**COMPLAINT**

H0214.0367 BN 15478571V2

Plaintiff HAAS AUTOMATION, INC. ("Haas") alleges:

This is the third lawsuit, this time seeking damages for the registration of 17 confusingly similar domain names ending .co, against the same group of cybersquatters against whom Haas was awarded two prior judgments. The first judgment was after a jury trial in a U.S. District Court action in the Central District of California heard by Judge Consuelo B. Marshall in April 2011 in Case No. CV09 08336 (CBM). The second time, Haas was awarded summary judgment and an award of $755,000.00 in December 2013 in Case No. CV12-4779 (CBM) (PLAx), which was also in the Central District of California and also heard by Judge Consuelo B. Marshall. Simply put, Mr. Denny, individually and by and through his entities and fictitious business names, is a recidivist cybersquatter seeking to hijack the Haas name and Haas trademark.

## JURISDICTION AND VENUE

1.     This action is for violation of the Anticybersquatting Consumer Protection Act ("ACPA"). This Court has jurisdiction pursuant to 15 U.S.C. § 1121(a) and 28 U.S.C. §§ 1331 and 1338(a) in that this case arises under the laws of the United States pursuant to the Lanham Act, 15 U.S.C. 1051 *et seq.*

2.     This Court has supplemental jurisdiction over any claims herein arising under the laws of the State of California pursuant to 28 U.S.C. §§ 1338(b) and 1367 because the claims are so related to Plaintiff's federal claims that they form part of the same case or controversy under Article III of the United States Constitution.

3.     Venue is properly asserted against Defendants BRIAN DENNY, CNCPROS.NET, Inc., AUTOMATED SOLUTIONS, INC., doing business as ASI MACHINE AND SUPPLY, CNCLISTINGS, LLC, FHD INTERNATIONAL, LLC and DOES 1 through 10 (collectively "Defendants"), in this District under 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claims herein arose in this District. In addition, Defendants regularly

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

BN 12441547V1

1

**COMPLAINT**

H0214.0367 BN 15478571V2

conduct business via the Internet in California, therefore, they maintain the requisite minimum contacts to be subject to personal jurisdiction in California under 28 U.S.C. § 1391(c).

4.     Defendants have conducted substantial business in California for a number of years, including but not limited to, purchasing parts from a California business or businesses and purchasing advertising for a magazine with its principal place of business in California.  Defendants have also actively litigated two prior lawsuits in the United States District Court for the Central District of California.

## PARTIES

5.     Haas is a corporation duly organized and existing under the laws of the State of California and has a principal place of business at 2800 Sturgis Road, Oxnard, California 93030.  Haas is now, and for many years has been, engaged in the business of providing goods and services in the field of computer numerically controlled machines throughout the United States and worldwide.

6.     Haas is informed and believes, and based thereon alleges, that Defendant BRIAN DENNY ("Denny") is an individual residing in Idaho and which conducts business at 1582 E. Bramble Lane, Meridian, Idaho, 83642 and in California.

7.     Haas is informed and believes, and based thereon alleges, that Defendant CNCPROS.NET, Inc. ("CNCPROS") is an Idaho corporation, and which conducts business at 1582 E. Bramble Lane, Meridian, Idaho, 83642 and in California.

8.     Haas is informed and believes, and based thereon alleges, that Defendant AUTOMATED SOLUTIONS, INC. ("Automated Solutions") is an Idaho corporation, conducting business at 1582 E. Bramble Lane, Meridian, Idaho, 83642 and in California.

9.     Haas is informed and believes, and based thereon alleges, that Defendant ASI MACHINE AND SUPPLY, ("ASI") is an assumed name used by

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

BN 12441547V1

2

COMPLAINT

H0214.0367 BN 15478571V2

Defendant Automated Solutions, which conducts business at 1582 E. Bramble Lane, Meridian, Idaho, 83642 and in California.

10.    Haas is informed and believes, and based thereon alleges, that Defendant CNCLISTINGS, LLC ("CNCListings") is an Idaho corporation, and which conducts business at 1582 E. Bramble Lane, Meridian, Idaho, 83642 and in California.

11.    Haas is informed and believes, and based thereon alleges, that Defendant FHD INTERNATIONAL, LLC ("FHD") is an Idaho limited liability company, conducting business at 1582 E. Bramble Lane, Meridian, Idaho, 83642 and in California.  Denny is the managing member of FHD.

12.    Haas is informed and believes, and based thereon alleges, that Denny is the President of Automated Solutions and CNCPROS.

13.    Haas is informed and believes, and based thereon alleges, that Automated Solutions is a member or manager of CNCListings and that Brian Denny signed the Certificate of Organization on behalf of Automated Solutions in the CNCListings Idaho filing.

14.    Haas is informed and believes, and thereon alleges, that at all times relevant to the Complaint:

   A.    Defendant Denny was the sole shareholder or member of CNCPROS, Automated Solutions, CNCListings and FHD, and used ASI as a fictitious business name under which one or more of these entities operated;

   B.    Denny controlled and dominated CNCPROS, Automated Solutions, CNCListings and FHD, including the assets of CNCPROS, Automated Solutions, CNCListings and FHD;

   C.    There existed a unity of ownership interest between Denny and CNCPROS, Automated Solutions, CNCListings and FHD such that any individuality and separateness of the corporations and their shareholder has ceased.  Adherence to the fiction of the separate existence of CNCPROS, Automated Solution, CNCListings and FHD would permit an abuse of the corporate privilege and would sanction a fraud and promote injustice;

   D.    Denny completely controlled, dominated, managed and operated CNCPROS, Automated Solutions, CNCListings and FHD in

such a manner as to commingle personal and corporate assets and obligations;

E.  Denny has carried on the business of CNCPROS, Automated Solutions, CNCListings and FHD without holding required directors' and/or shareholders' meetings, without preparing or maintaining the records or minutes of any corporate proceedings and without following all corporate formalities;

F.  Denny's mismanagement of CNCPROS, Automated Solutions, CNCListings and FHD has rendered CNCPROS, Automated Solutions, CNCListings and FHD insolvent and the adherence to the corporate fiction of CNCPROS, Automated Solutions, CNCListings and FHD would result in a fraud on their creditors, including Haas, and constitutes an abuse of the corporate privilege and the abuse of the availability of limited liability for the corporations' shareholders;

G.  Denny has used CNCPROS, Automated Solutions, CNCListings and FHD as mere conduits and instrumentalities to conduct and fund purely personal transactions without repayment to CNCPROS, Automated Solutions, CNCListings and FHD; and,

H.  Adherence to the fiction of the separate existence of CNCPROS, Automated Solutions, CNCListings and FHD as entities separate and distinct from Denny under the above alleged facts and circumstances, and those to be determined through discovery in this action, would permit an abuse of the corporate privilege. The purported separate existence of CNCPROS, Automated Solutions, CNCListings and FHD should be disregarded and any judgment entered against CNCPROS, Automated Solutions, CNCListings and FHD should also be entered against Denny to prevent a fraud on creditors and a miscarriage of justice. In addition, the acts of CNCPROS, Automated Solutions, CNCListings and FHD must be deemed the acts of Denny.

15.     Plaintiff is informed and believes, and thereon alleges that, at all times herein alleged, CNCPROS, Automated Solutions, CNCListings and FHD were conceived, and/or intended for (even at times subsequent to their formation), and used by Denny as a device to avoid individual liability and for the purpose of substituting financially insolvent corporations in the place of Denny or to try to conceal Denny's acts and omissions by the use of these entities.

16.     Plaintiff is informed and believes, and thereon alleges that, at all material times, Denny was the agent, servant or employee of CNCPROS, Automated Solutions, CNCListings and FHD, and in doing the things hereinafter alleged, acted within the course and scope of their authority and with the

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

BN 12441547V1

4

COMPLAINT

H0214.0367 BN 15478571V2

ratification and consent of CNCPROS, Automated Solutions, CNCListings and FHD. Accordingly, CNCPROS, Automated Solutions, CNCListings and FHD are liable to Plaintiff on all causes of action for which Denny is found liable to Plaintiff. Denny is liable to Plaintiff on all causes of action for which the entities are found liable to Plaintiff.

17.    Haas is informed and believes and based thereon alleges that Does 1 through 10 are the agents, successors, employees, or otherwise responsible parties for Denny, ASI, Automated Solutions, CNCPROS, CNCListings and FHD.

18.    Haas is one of the largest builders and manufacturers of computer numerically controlled ("CNC") machine tools in the Western World. Over the past thirty years, Haas has built a family of trademarks and service marks under which it labels, advertises, offers for sale and sells its CNC goods and services throughout the United States and the world (the "Haas Marks").

## DEFENDANTS' WRONGFUL CONDUCT

19.    In November 2009, Haas filed a complaint in the United States District Court for the Central District of California, Case No. 09-CV-08336-CBM, against defendants (the same defendants sued herein, except CNCListings and FHD) for violations of the ACPA and other claims, due to their wrongful use of seven domain names (the "2009 Litigation"). After filing the 2009 Litigation, Haas discovered that the defendants had wrongfully registered eight more domain names. Haas amended its complaint to include those additional domains, for a total of fifteen domain names wrongfully used by those defendants. In April 2011, the 2009 Litigation was tried in a U.S. District Court action in the Central District of California heard by Judge Consuelo B. Marshall in Case No. CV09 08336 (CBM) and the jury found defendant Brian Denny guilty of violating the ACPA in April 2011. Judgment was entered for ACPA damages and for attorney's fees, and the judgment was affirmed on appeal by the Ninth Circuit.

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

BN 12441547V1

5

**COMPLAINT**

H0214.0367 BN 15478571V2

20.    In May 2012, Haas filed a second complaint in the United States District Court for the Central District of California, Case No. CV12-4779 (CBM) (PLAx), against the same defendants sued herein, for violations of the ACPA and other claims, due to their wrongful use of additional domain names that used Haas' trademark "Haas" (the "2012 Litigation").   In December 2013, Haas was awarded summary judgment in the 2012 Litigation, which included an award of $755,000.00 under the ACPA.

21.    Defendants registered the following domains on February 24, 2012:

| |
| --- |
| www.Haasballscrews.co |
| www.Haascables.co |
| www.Haascovers.co |
| www.Haasmotors.co |
| www.Haasrotaries.co |
| www.Haasservos.co |
| www.Haasspindles.co |
| www.Haassupport.co |
| www.Haasbearings.co |
| www.Haasinverters.co |
| www.Haaslubrication.co |
| www.Haasmonitors.co |
| www.Haaspowersupplies.co |
| www.Haaspumps.co |
| www.Haasvalves.co |
| www.Haashelp.co |
| www.Haasrentals.co |

These domains are collectively referred to herein as the "Infringing Domain Names."   The Infringing Domain Names were not included in the 2009 Litigation or in the 2012 Litigation.

22.    Upon discovery of the Infringing Domain Names, Haas filed a UDRP Complaint.

23.    The Infringing Domain Names were transferred to Haas sometime thereafter.

BUCHALTER NEMER
A Professional Corporation
Irvine

BN 12441547V1

6

COMPLAINT

H0214.0367 BN 15478571V2

24.     Haas seeks monetary damages and attorney's fees in connection with the Infringing Domain Names.

25.     Defendants' registration of the confusingly similar Infringing Domain Names containing the terms "Haas" and other generic words that describe Haas' goods, parts and services, and their use and maintenance is done in bad faith, and with an intent to profit therefrom.  These actions by Defendants are the basis of this suit.  The Infringing Domain Names that are the subject of this action are listed above.

## THE HAAS MARKS AND HAAS DOMAIN NAME

26.     Through extensive and continuous use, Haas owns many trademark registrations (and common-law variations) with the term Haas, used on and in connection with CNC machines and services, including the following:

| MARK | DATE FILED | DATE REGISTERED | REGISTRATION NUMBER | DATE OF FIRST USE |
|---|---|---|---|---|
|  | 11/03/2000 | 05/28/2002 | 2,573,776 | 07/07/1983 |
| HAAS AUTOMATION | 11/03/2000 | 05/28/2002 | 2,573,775 | 07/07/1983 |
| HAAS FACTORY OUTLET | 07/27/2007 | 11/18/2008 | 3,533,101 | 03/01/1998 |
| HAAS FACTORY OUTLET | 07/27/2007 | 10/14/2008 | 3,514,894 | 03/01/1998 |

Haas' registrations are valid and subsisting.

27.     Haas registered the Haas Domain *haascnc.com* on June 10, 1996. Since 2001, Haas has actively maintained its website at that address (the "Haas Website") to advertise and provide information regarding its CNC goods and services offered under the Haas Marks.

28.     Since as early as July 7, 1983, Haas has continuously used, advertised, offered for sale, and/or sold, in interstate commerce, Haas' goods and services

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

BN 12441547V1                              7

COMPLAINT

H0214.0367 BN 1547857V2

under the Haas Marks throughout the United States through various channels of trade, including but not limited to the Internet and the Haas Website.

29.    Haas' actual and intended classes of consumers throughout the United States are end users seeking CNC machines and services and parts.

30.    Haas has devoted substantial time, effort and resources in the establishment of the good will, consumer recognition, and nationwide reputation of the Haas Marks.

31.    Haas has also expended significant resources to advertise its CNC goods and services under the Haas Marks, throughout the United States in multiple media, including but not limited to the Internet and the Haas Website.

32.    The Haas Marks have acquired secondary distinctiveness and are famous within the meaning of 15 U.S.C. §1125(c).  Haas has not abandoned any of the Haas Marks.

**FIRST CLAIM FOR RELIEF**
**Violation of the AntiCybersquatting Consumer Protection Act Under**
**15 U.S.C. § 1125(d)**

33.    Haas realleges each and every allegation in paragraphs 1 through 32 above as though set forth in full herein.

34.    Defendants registered the Infringing Domain Names through GoDaddy.Com.  Haas is informed and believes and thereon alleges that Defendants identified FHD as the administrative, technical and/or billing contact for the Infringing Domain Names.  Attached hereto as collective **Exhibit "1"** are reports from the GoDaddy.Com Whois database identifying the registration date, registrant, and contact information for the Infringing Domain Names.

35.    Defendants have registered, trafficked in and/or used the Infringing Domain Names in bad faith and with the intent to profit.

36.    The Infringing Domain Names are confusingly similar to one or more of the distinctive Haas Marks because they contain the term "Haas" in various

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

BN 12441547V1

8

**COMPLAINT**

H0214.0367 BN 1547857 1V2

combinations.   The Infringing Domain Names also combine the Haas trademark with generic terms that are used in Haas' machines or are parts for Haas' machines.

37.   Defendants registered the Infringing Domain Names years after one or more of the Haas Marks had become distinctive.

38.   Defendants registered the Infringing Domain Names after being put on notice of prior infringement, after judgment was entered in Haas' favor in the 2009 Litigation and shortly before the filing of the 2012 Litigation.

39.   Haas is informed and believes and thereon alleges that Defendants have no intellectual property rights in the name "Haas" or any priority of use of the name that could be superior to Haas' rights in the Haas Marks.  In fact, the jury in the 2009 Litigation specifically found that Defendant Denny was a cybersquatter on five of the fifteen domains at issue and the Court in the 2012 Litigation found that Defendants, in various combinations, were cybersquatters as it related to all of the twenty-three domains at-issue in the 2012 Litigation.

40.   Defendants' bad faith is evidenced by, among other things:

A.   Defendants have no intellectual property rights in the word "Haas" or the Haas Marks.

B.   None of the Defendants' names is Haas.

C.   Defendants did not register the Infringing Domain Names before Haas had already made a bona fide offering of goods and/or services under the Haas Marks.

D.   Defendants did not make a bona fide noncommercial use of the Infringing Domain Names.

E.   Defendants intent to commercially gain from confusing Haas' consumers seeking CNC goods and services by registering and utilizing the confusingly similar Infringing Domain Names, as is evidenced by Defendants prior registration and use of the *haasplus.com* and *all-haas.com* websites for which Denny, in combination with some or all of the Defendants, were adjudicated cybersquatters in the 2012 Litigation.

F.   Defendants' intent to divert Haas' customers from the official Haas website to Defendants website to be established at the Infringing Domain Names.

G.   Denny's use of FHD as the registrant to try and hide from the world that it is actually Denny that caused the registration of the Infringing Domain Names.

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

BN 12441547V1

9

COMPLAINT

H0214.0367 BN 15478571V2

H.    Defendants registered the Infringing Domain Names with knowledge that they were identical to or confusingly similar to the Haas Marks, which Haas Marks were distinctive at the time of the registration of the Infringing Domain Names.

I.    The Haas' trademark which was incorporated into the Infringing Domain Names, was already distinctive at the time of the registration of the Infringing Domain Names.

41.    Haas has suffered and will continue to suffer irreparable injury from Defendants' registration, trafficking in, and/or use of the Infringing Domain Names. Haas is entitled to the relief provided for under the Lanham Act and the ACPA.

## PRAYER FOR RELIEF

Wherefore, Haas prays for judgment against Defendants, and each of them, as follows:

1.    For a permanent injunction ordering Defendants, their agents, servants, employees, attorneys and all persons in active concert or participation with Defendants to refrain from using the name or mark Haas or any other mark or corporate name identical to or substantially similar to Haas, infringing the Haas Marks, describing their goods or services as Haas or anything substantially similar thereto, or diluting or injuring the reputation of Haas or the Haas Marks;

2.    If exceeding treble Defendants' profits, for maximum statutory damages of $1,7000,000.00 ($100,000 for each of the 17 domain names) pursuant to 15 U.S.C. 1117(d);

3.    For general damages in an amount not yet known, plus interest pursuant to applicable law;

4.    For attorneys' fees;

5.    For costs of suit incurred herein; and

6.    For such other and further relief as this Court deems just and proper.

BUCHALTER NEMER
A Professional Corporation
Irvine

BN 12441547V1

10

**COMPLAINT**

H0214.0367 BN 1547857IV2

1 | DATED: January 3, 2014

BUCHALTER NEMER
A Professional Corporation

By: /s/ Jason E. Goldstein
      GEORGE STEPHAN
      FARAH BHATTI
      JASON E. GOLDSTEIN
      SULIMAN JAMAL
      Attorneys for Plaintiff
      HAAS AUTOMATION, INC.

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

BN 12441547V1

11

**COMPLAINT**

H0214.0367 BN 1547857V2

1

## **DEMAND FOR TRIAL BY JURY**

2      Haas hereby demands a trial by jury as to all claims so triable.

3   DATED: January 3, 2014        BUCHALTER NEMER

4                               A Professional Corporation

5

6                             By:_____
                                 GEORGE STEPHAN

7                                 FARAH BHATTI
                                 JASON E. GOLDSTEIN

8                                 SULIMAN JAMAL
                                 Attorneys for Plaintiff

9                                 HAAS AUTOMATION, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

# EXHIBIT 1

| Log in to My Account   or Create Account | | 24/7 Support **(480) 505-8877**   Support |
|---|---|---|
| | | Hablamos Español |

| All Products ▾ | Cart ▾ | Find Your Domain | Build your Website | Get website Hosting | Grow with Web Tools | WHOIS Domain Check |

**WHOIS search results for:**
**HAASVALVES.CO**
(Registered)

**Is this your domain?**
Add hosting, email and more.

**Want to buy this domain?**
Get it with our Domain Buy service.

The data contained in GoDaddy.com, LLC's WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: HAASVALVES.CO
Created on: 24-Feb-12
Expires on: 23-Feb-14
Last Updated on: 11-Feb-13

Registrant:
FHD International

1562 E Bramble
Meridian, Idaho 83642
United States

Administrative Contact:
MASTER, WEB WEBMASTER@CNCPROS.NET
FHD International
1562 E Bramble
Meridian, Idaho 83642
United States
+1.2086669236

Technical Contact:
MASTER, WEB WEBMASTER@CNCPROS.NET
FHD International
1562 E Bramble
Meridian, Idaho 83642
United States
+1.2086669236

Domain servers in listed order:
NS.HAASVALVES.CO
NS1.HAASVALVES.CO

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

**NameMatch Recommendations**

GoDaddy.com NameMatch has found similar domain names related to your search.
Registering multiple domain names may help protect your online brand and enable you to
capture more Web traffic, which you can then direct to your primary domain.

Domains available for new registration:

| Alternate TLDs | | |
|---|---|---|
| haasvalves.info | SAVE! | $2.99*/yr |
| haasvalves.net | SAVE! | $8.99*/yr |
| haasvalves.org | SAVE! | $4.99*/yr |
| haasvalves.ca | | $12.99/yr |
| haasvalves.co | SAVE! | $6.99/yr |
| haasvalves.us | | $15.99/yr |
| haasvalves.ws | SAVE! | $3.99/yr |
| haasvalves.biz | SAVE! | $5.99*/yr |
| **Similar Premium Domains** | | |
| Pneumatic-Valves.com | | $499.00* |
| Pneumatic-Valve.com | | $449.00* |
| PneumaticControlValves.com | | $1,199.00* |
| ValveSite.com | | $799.00* |
| ValveSystem.com | | $3,599.00* |
| bluevalve.com | | $1,642.00* |

Domains available at Go Daddy Auctions®:

| | |
|---|---|
| haasof.com Ends on: 9/30/2013 6:21:50 AM PST | $1,595.00* |
| yhaas.com Ends on: 4/20/2013 6:17:00 AM PST | $1,795.00* |
| tobeafanhaas.com Ends on: 4/17/2013 10:28:00 AM PST | $2,395.00* |
| haasautomat.com Ends on: 4/15/2013 2:57:00 PM PST | $2,500.00* |
| haassons.com Ends on: 4/15/2013 12:57:00 PM PST | $699.00* |
| haast.net Ends on: 4/15/2013 6:59:00 AM PST | $1,335.00* |

**Learn more about**

Private Registration          Deluxe Registration

Business Registration        Protected Registration

*Plus ICANN fee of $0.18 per domain name year.
** .CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.



Exh. No. 54
Date 5-22-13
Name Denny
M & M Court Reporting

Whois Lookup | Domain Availability - Registration Information                    Page 1 of 2

Log in to My Account   or Create Account

24/7 Support **(480) 505-8877**   Support
Hablamos Español

Commercials | Deals | Bob's Blog

| All Products ▾ | Cart ▾ | Find Your Domain | Build your Website | Get website Hosting | Grow with Web Tools | WHOIS Domain Check |

**WHOIS search results for:**
**HAASBALLSCREWS.CO**
(Registered)

Is this your domain?
Add hosting, email and more.

Want to buy this domain?
Get it with our Domain Buy service.

The data contained in GoDaddy.com, LLC's WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, LLC. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, LLC is not the registrant of domain names listed in this database.

Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: HAASBALLSCREWS.CO
Created on: 24-Feb-12
Expires on: 23-Feb-14
Last Updated on: 16-Jan-13

Registrant:
FHD International LLC

1582 E Bramble Lane
Meridian, Idaho 83642
United States

Administrative Contact:
Master, Web webmaster@cncpros.net
FHD International LLC
1582 E Bramble Lane
Meridian, ID 83642
United States
+1.2088889236

Technical Contact:
Master, Web webmaster@cncpros.net
FHD International LLC
1582 E Bramble Lane
Meridian, ID 83642
United States
+1.2088889236

Domain servers in listed order:
NS.HAASBALLSCREWS.CO
NS1.HAASBALLSCREWS.CO

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

**NameMatch Recommendations**

GoDaddy.com NameMatch has found similar domain names related to your search. Registering multiple domain names may help protect your online brand and enable you to capture more Web traffic, which you can then direct to your primary domain.

Domains available for new registration:

| Alternate TLDs | | |
|---|---|---|
| haasballscrews.info | SAVE! | $2.99*/yr |
| haasballscrews.net | SAVE! | $8.99*/yr |
| haasballscrews.org | SAVE! | $4.99*/yr |
| haasballscrews.ca | | $12.99/yr |
| haasballscrews.me | SAVE! | $8.99/yr |
| haasballscrews.ws | | $15.99/yr |
| haasballscrews.us | SAVE! | $3.99/yr |
| haasballscrews.biz | SAVE! | $5.99*/yr |
| **Similar Premium Domains** | | |
| ScrewsNow.com | | $1,568.00* |
| BallNet.net | | $1,088.00* |
| Ballinc.com | | $1,894.00* |

**Learn more about**

Private Registration                Deluxe Registration

Business Registration               Protected Registration

*Plus ICANN fee of $0.18 per domain name year.
**.CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

Enter a domain name to search          .com

**Go Daddy Global**

| Language: English ▾ | Country: United States ▾ | Currency: United States Dollar $ (Transactional) |

Whois Lookup | Domain Availability - Registration Information                                       Page 1 of 2

Log in to My Account   or Create Account                                    24/7 Support: (480) 505-8877   Support
                                                                            Hablamos Español

                                                                            Commercials | Deals | Bob's Blog

All Products ▾ | Cart ▾ | Find Your Domain | Build your Website | Get website Hosting | Grow with Web Tools | WHOIS Domain Check

WHOIS search results for:                  Is this your                Want to buy
HAASSERVOS.CO                              domain?                     this domain?
(Registered)                              Add hosting, email and more. Get it with our Domain Buy service.

The data contained in GoDaddy.com, LLC's WHOIS database,     **NameMatch Recommendations**
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you    GoDaddy.com NameMatch has found similar domain names related to your search.
in obtaining information about domain name registration records.  Registering multiple domain names may help protect your online brand and enable you to
Any use of this data for any other purpose is expressly forbidden without the prior written  capture more Web traffic, which you can then direct to your primary domain.
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,   Domains available for new registration:
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and         **Alternate TLDs**
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic   | | | |
processes designed to collect or compile this data for any purpose,      |---|---|---|
including mining this data for your own personal or commercial purposes.  | 🖥 haasservos.info | SAVE! | $2.99*/yr |
                                                              | 🖥 haasservos.net | SAVE! | $9.99*/yr |
Please note: the registrant of the domain name is specified     | 🖥 haasservos.org | SAVE! | $4.99*/yr |
in the "registrant" field. In most cases, GoDaddy.com, LLC    | 🖥 haasservos.cz | | $12.99/yr |
is not the registrant of domain names listed in this database.  | 🖥 haasservos.me | SAVE! | $9.99*/yr |
                                                              | 🖥 haasservos.ws | | $15.99/yr |
Registered through: GoDaddy.com, LLC (http://www.godaddy.com)  | 🖥 haasservos.us | SAVE! | $3.99*/yr |
Domain Name: HAASSERVOS.CO                                    | 🖥 haasservos.biz | SAVE! | $5.99*/yr |
Created on: 24-Feb-12
Expires on: 23-Feb-14                                         **Similar Premium Domains**
Last Updated on: 09-Jan-13
                                                              | | |
Registrant:                                                  |---|---|
FHD International LLC                                         | 🖥 HobbyServos.com | $749.00* |
                                                              | 🖥 CheapServos.com | $999.00* |
1582 E. Bramble Lane                                         | 🖥 HobbyServo.com | $1,349.00* |
Meridian, Idaho 83642                                        | 🖥 MotorServo.com | $2,088.00* |
United States                                                | 🖥 ServoControl.com | $6,788.00* |
                                                              | 🖥 Servomotor.net | $1,888.00* |
Administrative Contact:
Master, Web webmaster@cncpros.net
FHD International LLC
1582 E Bramble Lane
Meridian, ID 83642
United States
+1.2088689238

Technical Contact:                                           **Learn more about**
Master, Web webmaster@cncpros.net
FHD International LLC                                         Private Registration              Deluxe Registration
1582 E Bramble Lane
Meridian, ID 83642                                           Business Registration             Protected Registration
United States
+1.2088689238

Domain servers in listed order:
NS.HAASSERVOS.CO                                             *Plus ICANN fee of $0.18 per domain name year.
NS1.HAASSERVOS.CO                                            **CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

Enter a domain name to search                    .com

**Go Daddy Global**

Language: English ▾     Country: United States ▾     Currency: United States Dollar $ (Transactional) ▾

Whois Lookup | Domain Availability - Registration Information                                    Page 1 of 2

Log in to My Account   or Create Account

24/7 Support: (480) 505-8877   Support

Hablamos Español

Commercials  |  Deals  |  Bob's Blog

| All Products ▾ | Cart ▾ | Find Your Domain | Build your Website | Get website Hosting | Grow with Web Tools | WHOIS Domain Check |

WHOIS search results for:
**HAASRENTALS.CO**
(Registered)

Is this your domain?
Add hosting, email and more.

Want to buy this domain?
Get it with our Domain Buy service.

The data contained in GoDaddy.com, LLC's WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: HAASRENTALS.CO
Created on: 24-Feb-12
Expires on: 23-Feb-14
Last Updated on: 11-Feb-13

Registrant:
FHD International

1582 E Bramble
Meridian, Idaho 83642
United States

Administrative Contact:
MASTER, WEB WEBMASTER@CNCPROS.NET
FHD International
1582 E Bramble
Meridian, Idaho 83642
United States
+1.2088889238

Technical Contact:
MASTER, WEB WEBMASTER@CNCPROS.NET
FHD International
1582 E Bramble
Meridian, Idaho 83642
United States
+1.2088889238

Domain servers in listed order:
NS.HAASRENTALS.CO
NS1.HAASRENTALS.CO

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

### NameMatch Recommendations

GoDaddy.com NameMatch has found similar domain names related to your search.
Registering multiple domain names may help protect your online brand and enable you to
capture more Web traffic, which you can then direct to your primary domain.

**Domains available for new registrations:**

| | Alternate TLDs | | |
|---|---|---|---|
| | haasrentals.info | SAVE! | $2.99*/yr |
| | haasrentals.net | SAVE! | $9.99*/yr |
| | haasrentals.org | SAVE! | $4.99*/yr |
| | haasrentals.ca | | $12.99/yr |
| | haasrentals.me | SAVE! | $9.99/yr |
| | haasrentals.ws | | $18.99/yr |
| | haasrentals.us | SAVE! | $3.99/yr |
| | haasrentals.biz | SAVE! | $5.99*/yr |
| | Similar Premium Domains | | |
| | CabinsRentals.com | | $1,699.00* |
| | Rentals-Home.com | | $448.00* |
| | PhoneRentals.org | | $288.00* |
| | AList.net | | $1,288.00* |
| | Atrted.net | | $788.00* |
| | AllRunTed.com | | $1,058.00* |

**Domains available at Go Daddy Auctions®:**

| | | |
|---|---|---|
| haasoft.com Ends on: 5/20/2013 8:21:00 AM PST | | $1,595.00* |
| vhaas.com Ends on: 4/30/2013 2:17:00 AM PST | | $1,795.00* |
| sebasfanhaas.com Ends on: 4/17/2013 10:29:00 AM PST | | $2,395.00* |
| haasrabbrevs.com Ends on: 4/15/2013 2:57:00 PM PST | | $2,500.00* |
| haasporta.com Ends on: 4/15/2013 12:57:00 PM PST | | $868.00* |
| hunst.net Ends on: 4/15/2013 4:56:00 AM PST | | $1,335.00* |

### Learn more about

Private Registration                      Deluxe Registration

Business Registration                     Protected Registration

*Plus ICANN fee of $0.18 per domain some year.
**CA Domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

Enter a domain name to search                    .com

Whois Lookup | Domain Availability - Registration Information                    Page 1 of 2

---

| Log in to My Account   or Create Account | | 24/7 Support: **(480) 505-8877**   Support |
| | | Hablamos Español |

Commercials  |  Deals  |  Bob's Blog

| All Products ▾ | Cart ▾ | Find Your Domain | Build your Website | Get website Hosting | Grow with Web Tools | WHOIS Domain Check |

**WHOIS search results for:**
**HAASCABLES.CO**
(Registered)

**Is this your domain?**
Add hosting, email and more.

**Want to buy this domain?**
Get it with our Domain Buy service.

The data contained in GoDaddy.com, LLC's WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, LLC. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "Registrant" field. In most cases, GoDaddy.com, LLC is not the registrant of domain names listed in this database.

Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: HAASCABLES.CO
Created on: 24-Feb-12
Expires on: 23-Feb-14
Last Updated on: 16-Jan-13

Registrant:
FHO International LLC

1582 E Bramble Lane
Meridian, Idaho 83642
United States

Administrative Contact:
Master, Web webmaster@cncpros.net
FHO International LLC
1582 E Bramble Lane
Meridian, Idaho 83642
United States
+1.2088889238

Technical Contact:
Master, Web webmaster@cncpros.net
FHO International LLC
1582 E Bramble Lane
Meridian, Idaho 83642
United States
+1.2088889238

Domain servers in listed order:
NS.HAASCABLES.CO
NS1.HAASCABLES.CO

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

**NameMatch Recommendations**

GoDaddy.com NameMatch has found similar domain names related to your search. Registering multiple domain names may help protect your online brand and enable you to capture more Web traffic, which you can then direct to your primary domain.

**Domains available for new registration:**

| Alternate TLDs | | |
| --- | --- | --- |
| haascables.info | SAVE! | $2.99*/yr |
| haascables.net | SAVE! | $8.99*/yr |
| haascables.org | SAVE! | $4.99*/yr |
| haascables.ca | | $12.99/yr |
| haascables.me | SAVE! | $9.99/yr |
| haascables.ws | | $15.99/yr |
| haascables.us | SAVE! | $3.99/yr |
| haascables.biz | SAVE! | $5.99*/yr |
| **Similar Premium Domains** | | |
| CableSheathing.com | | $499.00* |
| RoundCables.com | | $1,599.00* |
| CompositeCables.com | | $1,649.00* |
| CableWire.com | | $6,488.00* |
| CableWire.net | | $1,388.00* |
| CableShows.com | | $2,722.00* |

**Domains available at Go Daddy Auctions:**

| | |
| --- | --- |
| haasoft.com  Ends on: 5/20/2013 6:21:00 AM PST | $1,595.00* |
| v-haas.com  Ends on: 4/30/2013 9:17:00 AM PST | $1,795.00* |
| mbrasilonhaas.com  Ends on: 4/17/2013 10:29:00 AM PST | $2,395.00* |
| haascablowis.com  Ends on: 4/15/2013 2:57:00 PM PST | $2,500.00* |
| haasports.com  Ends on: 4/15/2013 12:57:00 PM PST | $668.00* |
| hdasz.net  Ends on: 4/15/2013 8:58:00 AM PST | $1,335.00* |

**Learn more about**

Private Registration                    Deluxe Registration

Business Registration                    Protected Registration

*The ICANN fee of $0.18 per domain name year.
** CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

Enter a domain name to search                    .com

---

Whois Lookup | Domain Availability - Registration Information      Page 1 of 2

---

Log In to My Account   or Create Account            24/7 Support **(480) 505-8877**   Support

Hostiamos Español

Commercials | Deals | Bob's Blog

| All Products ▾ | Cart ▾ | Find Your Domain | Build your Website | Get website Hosting | Grow with Web Tools | WHOIS Domain Check |

**WHOIS search results for:**
**HAASCOVERS.CO**
(Registered)

**Is this your domain?**
Add hosting, email and more.

**Want to buy this domain?**
Get it with our Domain Buy service.

The data contained in GoDaddy.com, LLC's WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, LLC. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, LLC is not the registrant of domain names listed in this database.

Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: HAASCOVERS.CO
Created on: 24-Feb-12
Expires on: 23-Feb-14
Last Updated on: 16-Jan-13

Registrant:
FHD International LLC

1582 E Bramble Lane
Meridian, Idaho 83642
United States

Administrative Contact:
Master, Web webmaster@cncpros.net
FHD International LLC
1582 E Bramble Lane
Meridian, ID 83642
United States
+1.2086889236

Technical Contact:
Master, Web webmaster@cncpros.net
FHD International LLC
1582 E Bramble Lane
Meridian, ID 83642
United States
+1.2086889236

Domain servers in listed order:
NS.HAASCOVERS.CO
NS1.HAASCOVERS.CO

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

**NameMatch Recommendations**

GoDaddy.com NameMatch has found similar domain names related to your search. Registering multiple domain names may help protect your online brand and enable you to capture more Web traffic, which you can then direct to your primary domain.

Domains available for new registrations:

| Alternate TLDs | | |
|---|---|---|
| haascovers.info | SAVE! | $2.99*/yr |
| haascovers.net | SAVE! | $9.99*/yr |
| haascovers.org | SAVE! | $4.99*/yr |
| haascovers.ca | | $12.99/yr |
| haascovers.me | SAVE! | $8.99/yr |
| haascovers.ws | | $15.96/yr |
| haascovers.us | SAVE! | $3.99/yr |
| haascovers.biz | SAVE! | $5.99*/yr |

| Similar Premium Domains | |
|---|---|
| LeatherFutonCovers.com | $1,899.00* |
| OnlineFutonCovers.com | $950.00* |
| VinylFutonCovers.com | $1,649.00* |
| covershop.net | $1,488.00* |
| CoverSongs.net | $2,388.00* |
| CoversCar.com | $3,088.00* |

Domains available at Go Daddy Auctions®:

| | | |
|---|---|---|
| haasoft.com Ends on: 5/20/2013 8:21:00 AM PST | | $1,698.00* |
| vhaas.com Ends on: 4/30/2013 9:17:00 AM PST | | $1,798.00* |
| sebastianhaas.com Ends on: 4/17/2013 10:29:00 AM PST | | $2,395.00* |
| haascabinets.com Ends on: 4/16/2013 2:57:00 PM PST | | $2,500.00* |
| haascovers.com Ends on: 4/15/2013 12:57:00 PM PST | | 5068.00* |
| haast.net Ends on: 4/15/2013 8:58:00 AM PST | | $1,335.00* |

**Learn more about**

Private Registration        Deluxe Registration

Business Registration      Protected Registration

*Plus ICANN fee of $0.18 per domain name year.
**CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

Enter a domain name to search          .com

Log In to My Account   or Create Account          24/7 Support **(480) 505-8877** Support
                                                   Hablamos Español

                                                   Commercials  |  Deals  |  Bob's Blog

| All Products ▾ | Cart ▾ | Find Your Domain | Build your Website | Get website Hosting | Grow with Web Tools | WHOIS Domain Check |

WHOIS search results for:
**HAASINVERTERS.CO**
(Registered)

**Is this your domain?**
Add hosting, email and more.

**Want to buy this domain?**
Get it with our Domain Buy service.

The data contained in GoDaddy.com, LLC's WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: HAASINVERTERS.CO
Created on: 24-Feb-12
Expires on: 23-Feb-14
Last Updated on: 11-Feb-13

Registrant:
FHD International

1582 E Bramble
Meridian, Idaho 83642
United States

Administrative Contact:
MASTER, WEB WEBMASTER@CNCPROS.NET
FHD International
1582 E Bramble
Meridian, Idaho 83642
United States
+1.2088889236

Technical Contact:
MASTER, WEB WEBMASTER@CNCPROS.NET
FHD International
1582 E Bramble
Meridian, Idaho 83642
United States
+1.2088889236

Domain servers in listed order:
NS.HAASINVERTERS.CO
NS1.HAASINVERTERS.CO

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

**NameMatch Recommendations**

GoDaddy.com NameMatch has found similar domain names related to your search.
Registering multiple domain names may help protect your online brand and enable you to
capture more Web traffic, which you can then direct to your primary domain.

Domains available for new registration:

| | Alternate TLDs | | |
|---|---|---|---|
| | haasinverters.info | SAVE! | $2.99*/yr |
| | haasinverters.net | SAVE! | $8.99*/yr |
| | haasinverters.org | SAVE! | $4.99*/yr |
| | haasinverters.ca | | $12.99/yr |
| | haasinverters.me | SAVE! | $8.99*/yr |
| | haasinverters.ws | | $18.99/yr |
| | haasinverters.us | SAVE! | $3.99*/yr |
| | haasinverters.biz | SAVE! | $5.99*/yr |
| | **Similar Premium Domains** | | |
| | VoltageInverters.com | | $1,349.00* |
| | Ddinverters.com | | $1,749.00* |
| | Cheapinverters.com | | $1,599.00* |
| | InverterGenerator.com | | $4,188.00* |
| | AutoInverter.com | | $2,088.00* |
| | SuperInverter.com | | $2,388.00* |

**Learn more about**

Private Registration              Deluxe Registration

Business Registration             Protected Registration

*Plus ICANN fee of $0.18 per domain name year.
**.CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

Enter a domain name to search          .com

**Go Daddy Global**

Language: English ▾   Country: United States ▾   Currency: United States Dollar $ (Transactional)

Log In to My Account   or Create Account

24/7 Support (480) 505-8877   Support
Hablamos Español

Commercials  |  Deals  |  Bob's Blog

| All Products ▾ | Cart ▾ | Find Your Domain | Build your Website | Get website Hosting | Grow with Web Tools | WHOIS Domain Check |

**WHOIS search results for:**
**HAASLUBRICATION.CO**
(Registered)

**Is this your domain?**
Add hosting, email and more.

**Want to buy this domain?**
Get it with our Domain Buy service.

The data contained in GoDaddy.com, LLC's WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: HAASLUBRICATION.CO
Created on: 24-Feb-12
Expires on: 23-Feb-14
Last Updated on: 11-Feb-13

Registrant:
FHD International

1582 E Bramble
Meridian, Idaho 83642
United States

Administrative Contact:
MASTER, WEB WEBMASTER@CNCPROS.NET
FHD International
1582 E Bramble
Meridian, Idaho 83642
United States
+1.2088889236

Technical Contact:
MASTER, WEB WEBMASTER@CNCPROS.NET
FHD International
1582 E Bramble
Meridian, Idaho 83642
United States
+1.2088889236

Domain servers in listed order:
NS.HAASLUBRICATION.CO
NS1.HAASLUBRICATION.CO

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

**NameMatch Recommendations**

GoDaddy.com NameMatch has found similar domain names related to your search.
Registering multiple domain names may help protect your online brand and enable you to
capture more Web traffic, which you can then direct to your primary domain.

Domains available for new registration:

| Alternate TLDs | | |
| --- | --- | --- |
| haaslubrication.info | SAVE! | $2.99*/yr |
| haaslubrication.net | SAVE! | $8.99*/yr |
| haaslubrication.org | SAVE! | $4.99*/yr |
| haaslubrication.es | | $12.99/yr |
| haaslubrication.me | SAVE! | $8.99/yr |
| haaslubrication.ws | | $16.99/yr |
| haaslubrication.us | SAVE! | $3.99*/yr |
| haaslubrication.biz | SAVE! | $8.99*/yr |

| Similar Premium Domains | |
| --- | --- |
| MotorLubrication.com | $699.00* |
| PumpLubrication.com | $500.00* |
| GearLubrication.com | $500.00* |
| LubricationService.com | $4,088.00* |
| LubricationServices.com | $1,588.00* |
| Lubrication.org | $3,088.00* |

Domains available at Go Daddy Auctions®:

| hnasoil.com Ends on: 5/20/2013 6:21:00 AM PST | $1,595.00* |
| --- | --- |
| lubricationservice.com Ends on: 5/9/2013 2:07:00 PM PST | $4,088.00* |
| automaticlubricationsystem.com Ends on: 5/3/2013 11:16:00 PM PST | $800.00* |
| yhnas.com Ends on: 4/30/2013 6:17:00 AM PST | $1,795.00* |
| lubricationpump.com Ends on: 4/22/2013 6:47:00 AM PST | $2,395.00* |
| lubricationdevices.com Ends on: 4/21/2013 6:03:00 PM PST | $995.00* |

**Learn more about**

Private Registration                        Deluxe Registration

Business Registration                     Protected Registration

*Plus ICANN fee of $0.18 per domain name year.
** CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

Enter a domain name to search                 .com

Whois Lookup | Domain Availability - Registration Information                    Page 1 of 2

Log in to My Account  or Create Account

24/7 Support: (480) 505-8877   Support
Hablamos Español

Commercials | Deals | Bob's Blog

| All Products ▾ | Cart ▾ | Find Your Domain | Build your Website | Get website Hosting | Grow with Web Tools | WHOIS Domain Check |

WHOIS search results for:
**HAASBEARINGS.CO**
(Registered)

**Is this your domain?**
Add hosting, email and more.

**Want to buy this domain?**
Get it with our Domain Buy service.

The data contained in GoDaddy.com, LLC's WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: HAASBEARINGS.CO
Created on: 24-Feb-12
Expires on: 23-Feb-14
Last Updated on: 11-Feb-13

Registrant:
FHD International

1582 E Bramble
Meridian, Idaho 83642
United States

Administrative Contact:
MASTER, WEB WEBMASTER@CNCPROS.NET
FHD International
1582 E Bramble
Meridian, Idaho 83642
United States
+1.2088889236

Technical Contact:
MASTER, WEB WEBMASTER@CNCPROS.NET
FHD International
1582 E Bramble
Meridian, Idaho 83642
United States
+1.2088889236

Domain servers in listed order:
NS.HAASBEARINGS.CO
NS1.HAASBEARINGS.CO

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

## NameMatch Recommendations

GoDaddy.com NameMatch has found similar domain names related to your search.
Registering multiple domain names may help protect your online brand and enable you to
capture more Web traffic, which you can then direct to your primary domain.

Domains available for new registration:

| Alternate TLDs | | |
|---|---|---|
| haasbearings.info | SAVE! | $2.99*/yr |
| haasbearings.net | SAVE! | $9.99*/yr |
| haasbearings.org | SAVE! | $4.99*/yr |
| haasbearings.ca | | $12.99/yr |
| haasbearings.me | SAVE! | $9.99/yr |
| haasbearings.ws | | $16.99/yr |
| haasbearings.us | SAVE! | $5.99/yr |
| haasbearings.biz | SAVE! | $5.99*/yr |

| Similar Premium Domains | |
|---|---|
| TransmissionBearings.com | $1,198.00* |
| MainBearings.com | $1,549.00* |
| CrankshaftBearings.com | $899.00* |
| RingsA.com | $3,888.00* |
| RingsSeller.com | $888.00* |
| RingsPot.com | $5,500.00* |

Domains available at Go Daddy Auctions®:

| | | |
|---|---|---|
| haasoft.com Ends on: 5/20/2013 8:21:00 AM PST | | $1,595.00* |
| whaas.com Ends on: 5/3/2013 3:17:00 AM PST | | $1,795.00* |
| zebrasfarmhaas.com Ends on: 4/17/2013 10:29:00 AM PST | | $2,395.00* |
| haascabinets.com Ends on: 4/15/2013 2:57:00 PM PST | | $2,500.00* |
| haasports.com Ends on: 4/15/2013 12:57:00 PM PST | | $888.00* |
| haasz.net Ends on: 4/15/2013 8:56:00 AM PST | | $1,335.00* |

## Learn more about

Private Registration                Deluxe Registration

Business Registration              Protected Registration

*Plus ICANN fee of $0.18 per domain name year.
**.CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

Enter a domain name to search                    .com

Log In to My Account  or Create Account

24/7 Support: **(480) 505-3377**  Support
Hablamos Español

Commercials | Deals | Bob's Blog

| All Products ▾ | Cart ▾ | Find Your Domain | Build your Website | Get website Hosting | Grow with Web Tools | WHOIS Domain Check |

**WHOIS search results for:**
**HAASMONITORS.CO**
(Registered)

**Is this your domain?**
Add hosting, email and more.

**Want to buy this domain?**
Get it with our Domain Buy service.

The data contained in GoDaddy.com, LLC's WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: HAASMONITORS.CO
Created on: 24-Feb-12
Expires on: 23-Feb-14
Last Updated on: 11-Feb-13

Registrant:
FHD International

1582 E Bramble
Meridian, Idaho 83642
United States

Administrative Contact:
MASTER, WEB WEBMASTER@CNCPROS.NET
FHD International
1582 E Bramble
Meridian, Idaho 83642
United States
+1.2086869236

Technical Contact:
MASTER, WEB WEBMASTER@CNCPROS.NET
FHD International
1582 E Bramble
Meridian, Idaho 83642
United States
+1.2086869236

Domain servers in listed order:
NS.HAASMONITORS.CO
NS1.HAASMONITORS.CO

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

**NameMatch Recommendations**

GoDaddy.com NameMatch has found similar domain names related to your search.
Registering multiple domain names may help protect your online brand and enable you to
capture more Web traffic, which you can then direct to your primary domain.

**Domains available for new registration:**

| Alternate TLDs | | |
| --- | --- | --- |
| haasmonitors.info | SAVE! | $2.99*/yr |
| haasmonitors.net | SAVE! | $8.99*/yr |
| haasmonitors.org | SAVE! | $4.99*/yr |
| haasmonitors.ca | | $12.99/yr |
| haasmonitors.me | SAVE! | $9.99/yr |
| haasmonitors.ws | | $15.99/yr |
| haasmonitors.us | SAVE! | $3.99/yr |
| haasmonitors.biz | SAVE! | $5.99*/yr |
| **Similar Premium Domains** | | |
| ScreenMonitors.com | | $1,499.00* |
| MonitorsLcd.com | | $2,099.00* |
| TheMonitors.com | | $1,699.00* |
| MonitorMed.com | | $1,788.00* |
| MonitorUX.com | | $688.00* |
| MonitorAid.com | | $688.00* |

**Domains available at Go Daddy Auctions®:**

| | |
| --- | --- |
| haasoft.com  Ends on: 5/20/2013 9:21:00 AM PST | $1,595.00* |
| vhaas.com  Ends on: 4/30/2013 9:17:00 AM PST | $1,785.00* |
| bebaalenhaas.com  Ends on: 4/17/2013 10:29:00 AM PST | $2,396.00* |
| haascablnets.com  Ends on: 4/15/2013 2:57:00 PM PST | $2,900.00* |
| haasports.com  Ends on: 4/15/2013 12:57:00 PM PST | $688.00* |
| haasr.net  Ends on: 4/15/2013 8:56:00 AM PST | $1,335.00* |

**Learn more about**

Private Registration                 Deluxe Registration

Business Registration                 Protected Registration

*Plus ICANN fee of $0.18 per domain name year.
** CA domain names will be registered through Go Daddy Domains Canada, Inc, a CIRA certified registrar.

Enter a domain name to search                 .com

Whois Lookup | Domain Availability - Registration Information                                      Page 1 of 2

---

Log in to My Account    or Create Account

24/7 Support **(480) 505-8877**   Support
Hablamos Español

Commercials | Deals | Bob's Blog

| All Products ▾ | Cart ▾ | Find Your Domain | Build your Website | Get website Hosting | Grow with Web Tools | WHOIS Domain Check |

---

**WHOIS search results for:**
**HAASMOTORS.CO**
(Registered)

**Is this your domain?**
Add hosting, email and more.

**Want to buy this domain?**
Get it with our Domain Buy service.

The data contained in GoDaddy.com, LLC's WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "r_u_Brant" field. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

Registered through GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: HAASMOTORS.CO
Created on: 24-Feb-12
Expires on: 23-Feb-14
Last Updated on: 16-Jan-13

Registrant:
FHD International LLC

1582 E Bramble Lane
Meridian, Idaho 83642
United States

Administrative Contact:
Master, Web webmaster@cncpros.net
FHD International LLC
1582 E Bramble Lane
Meridian, ID 83642
United States
+1.2088892238

Technical Contact:
Master, Web webmaster@cncpros.net
FHD International LLC
1582 E Bramble Lane
Meridian, ID 83642
United States
+1.2088892238

Domain servers in listed order:
NS.HAASMOTORS.CO
NS1.HAASMOTORS.CO

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

**NameMatch Recommendations**

GoDaddy.com NameMatch has found similar domain names related to your search.
Registering multiple domain names may help protect your online brand and enable you to
capture more Web traffic, which you can then direct to your primary domain.

Domains available for new registration:

| | Alternate TLDs | | |
|---|---|---|---|
| | haasmotors.info | SAVE! | $2.99*/yr |
| | haasmotors.net | SAVE! | $9.99*/yr |
| | haasmotors.org | SAVE! | $4.99*/yr |
| | haasmotors.ca | | $12.99/yr |
| | haasmotors.me | SAVE! | $9.99/yr |
| | haasmotors.ws | | $15.99/yr |
| | haasmotors.us | SAVE! | $3.99/yr |
| | haasmotors.biz | SAVE! | $5.99*/yr |
| | **Similar Premium Domains** | | |
| | MotorRebuildKits.com | | $1,249.00* |
| | AcMotorRepair.com | | $1,249.00* |
| | GeneratorMotors.com | | $1,549.00* |
| | MotorStop.com | | $3,888.00* |
| | MotorsTart.com | | $1,388.00* |
| | MotorShows.net | | $3,988.00* |

Domains available at Go Daddy Auctions®:

| | | |
|---|---|---|
| | haasoff.com Ends on: 5/20/2013 8:21:00 AM PST | $1,595.00* |
| | vhaas.com Ends on: 4/30/2013 8:17:00 AM PST | $1,795.00* |
| | rebasifenhaas.com Ends on: 4/17/2013 10:28:00 AM PST | $2,395.00* |
| | haascabinets.com Ends on: 4/15/2013 2:57:00 PM PST | $2,500.00* |
| | haasports.com Ends on: 4/15/2013 12:57:00 PM PST | $668.00* |
| | haasf.net Ends on: 4/15/2013 8:56:00 PM PST | $1,335.00* |

**Learn more about**

Private Registration                    Deluxe Registration

Business Registration                   Protected Registration

*The ICANN fee of $0.18 per domain name yearly.
** CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

---

Enter a domain name to search                          .com

---

Whois Lookup | Domain Availability - Registration Information                     Page 1 of 2

---

Log in to My Account   or Create Account

24/7 Support: **(480) 505-8877**   Support
Hablamos Español

Commercials  |  Deals  |  Bob's Blog

All Products ▾  |  Cart ▾  |  Find Your Domain  |  Build your Website  |  Get website Hosting  |  Grow with Web Tools  |  WHOIS Domain Check

WHOIS search results for:
HAASPOWERSUPPLIES.CO
(Registered)

Is this your domain?
Add hosting, email and more.

Want to buy this domain?
Get it with our Domain Buy service.

### NameMatch Recommendations

The data contained in GoDaddy.com, LLC's WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, LLC. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, LLC is not the registrant of domain names listed in this database.

Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: HAASPOWERSUPPLIES.CO
Created on: 24-Feb-12
Expires on: 23-Feb-14
Last Updated on: 11-Feb-13

Registrant:
FHD International

1582 E Bramble
Meridian, Idaho 83642
United States

Administrative Contact:
MASTER, WEB WEBMASTER@CNCPROS.NET
FHD International
1582 E Bramble
Meridian, Idaho 83642
United States
+1.2088689236

Technical Contact:
MASTER, WEB WEBMASTER@CNCPROS.NET
FHD International
1582 E Bramble
Meridian, Idaho 83642
United States
+1.2088689236

Domain servers in listed order:
NS.HAASPOWERSUPPLIES.CO
NS1.HAASPOWERSUPPLIES.CO

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

GoDaddy.com NameMatch has found similar domain names related to your search. Registering multiple domain names may help protect your online brand and enable you to capture more Web traffic, which you can then direct to your primary domain.

Domains available for new registration:

| Alternate TLDs | | |
| --- | --- | --- |
| haaspowersupplies.info | SAVE! | $2.99*/yr |
| haaspowersupplies.net | SAVE! | $9.99*/yr |
| haaspowersupplies.org | SAVE! | $4.99*/yr |
| haaspowersupplies.ca | | $12.99/yr |
| haaspowersupplies.me | SAVE! | $9.99/yr |
| haaspowersupplies.ws | | $15.99/yr |
| haaspowersupplies.us | SAVE! | $3.99/yr |
| haaspowersupplies.biz | SAVE! | $5.99*/yr |

| Similar Premium Domains | |
| --- | --- |
| IsolatedPowerSupplies.com | $449.00* |
| WaitressSupplies.com | $999.00* |
| ContainerSupplies.com | $1,149.00* |
| ArtAsp.com | $688.00* |
| ASPAssociation.com | $2,888.00* |
| AspBraSil.com | $3,888.00* |

Domains available at Go Daddy Auctions®:

| | |
| --- | --- |
| haasoft.com<br>Ends on: 5/20/2013 8:21:00 AM PST | $1,595.00* |
| cheappornhupplies.com<br>Ends on: 5/16/2013 11:00:00 PM PST | $10,000.00* |
| yhaaa.com<br>Ends on: 4/30/2013 9:17:00 AM PST | $1,795.00* |
| setupdianhaaa.com<br>Ends on: 4/17/2013 10:28:00 AM PST | $2,395.00* |
| haaacabinets.com<br>Ends on: 4/15/2013 2:57:00 PM PST | $2,500.00* |
| haasnorfs.com<br>Ends on: 4/15/2013 12:57:00 PM PST | $888.00* |

### Learn more about

Private Registration          Deluxe Registration

Business Registration         Protected Registration

*Plus ICANN fee of $0.18 per domain name year.
**CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

Enter a domain name to search          .com

Whois Lookup | Domain Availability - Registration Information                                   Page 1 of 2

Log in to My Account   or Create Account

24/7 Support: **(480) 505-8877**   Support
Hablamos Español

Commercials | Deals | Bob's Blog

| All Products ▾ | Cart ▾ | Find Your Domain | Build your Website | Get website Hosting | Grow with Web Tools | WHOIS Domain Check |

**WHOIS search results for:**
**HAASPUMPS.CO**
(Registered)

**Is this your domain?**
Add hosting, email and more.

**Want to buy this domain?**
Get it with our Domain Buy service.

The data contained in GoDaddy.com, LLC's WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, LLC. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, LLC is not the registrant of domain names listed in this database.

Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: HAASPUMPS.CO
Created on: 24-Feb-12
Expires on: 23-Feb-14
Last Updated on: 11-Feb-13

Registrant:
FHD International

1582 E Bramble
Meridian, Idaho 83642
United States

Administrative Contact:
MASTER, WEB WEBMASTER@CNCPROS.NET
FHD International
1582 E Bramble
Meridian, Idaho 83642
United States
+1.2088889236

Technical Contact:
MASTER, WEB WEBMASTER@CNCPROS.NET
FHD International
1582 E Bramble
Meridian, Idaho 83642
United States
+1.2088889236

Domain servers in listed order:
NS.HAASPUMPS.CO
NS1.HAASPUMPS.CO

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

**NameMatch Recommendations**

GoDaddy.com NameMatch has found similar domain names related to your search. Registering multiple domain names may help protect your online brand and enable you to capture more Web traffic, which you can then direct to your primary domain.

Domains available for new registration:

| Alternate TLDs | | |
|---|---|---|
| haaspumps.info | SAVE! | $2.99*/yr |
| haaspumps.net | SAVE! | $9.99*/yr |
| haaspumps.org | SAVE! | $4.99*/yr |
| haaspumps.ca | | $12.99/yr |
| haaspumps.us | SAVE! | $8.99*/yr |
| haaspumps.ws | | $16.99/yr |
| haaspumps.us | SAVE! | $3.99*/yr |
| haaspumps.biz | SAVE! | $8.99*/yr |
| Similar Premium Domains | | |
| ChargePumps.com | | $698.00* |
| DresserPumps.com | | $460.00* |
| PfisterPumps.com | | $700.00* |
| MpsUsa.com | | $2,588.00* |
| MpsGroup.net | | $1,488.00* |
| MpsPlus.com | | $3,588.00* |

Domains available at Go Daddy Auctions®:

| | |
|---|---|
| haasoft.com Ends on: 5/20/2013 9:21:00 AM PST | $1,595.00* |
| vhaas.com Ends on: 4/30/2013 9:17:00 AM PST | $1,795.00* |
| sebastianhaas.com Ends on: 4/17/2013 10:29:00 AM PST | $2,398.00* |
| haascabinets.com Ends on: 4/15/2013 2:57:00 PM PST | $2,500.00* |
| haasparts.com Ends on: 4/15/2013 12:57:00 PM PST | $668.00* |
| haast.net Ends on: 4/15/2013 8:55:00 AM PST | $1,338.00* |

**Learn more about**

Private Registration                Deluxe Registration

Business Registration               Protected Registration

*Plus ICANN fee of $4.18 per domain name year.
** CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

Enter a domain name to search                          .com

Whois Lookup | Domain Availability - Registration Information          Page 1 of 2

---

Log In to My Account   or Create Account

24/7 Support (480) 505-8877  Support
Hablamos Español

Commercials | Deals | Bob's Blog

| All Products ▾ | Cart ▾ | Find Your Domain | Build your Website | Get website Hosting | Grow with Web Tools | WHOIS Domain Check |

WHOIS search results for:
**HAASROTARIES.CO**
(Registered)

Is this your domain?
Add hosting, email and more.

Want to buy this domain?
Get it with our Domain Buy service.

This data contained in GoDaddy.com, LLC's WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, LLC. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, LLC is not the registrant of domain names listed in this database.

Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: HAASROTARIES.CO
Created on: 24-Feb-12
Expires on: 23-Feb-14
Last Updated on: 18-Jan-13

Registrant:
Web Master
1582 E Bramble Lane
Meridian, Idaho 83642
United States

Administrative Contact:
Master, Web webmaster@cncpros.net
FHD International LLC
1582 E Bramble Lane
Meridian, ID 83642
United States
+1.2088889235

Technical Contact:
Master, Web webmaster@cncpros.net
FHD International LLC
1582 E Bramble Lane
Meridian, ID 83642
United States
+1.2088889235

Domain servers in listed order:
N3.HAASROTARIES.CO
N81.HAASROTARIES.CO

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

### NameMatch Recommendations

GoDaddy.com NameMatch has found similar domain names related to your search. Registering multiple domain names may help protect your online brand and enable you to capture more Web traffic, which you can then direct to your primary domain.

Domains available for new registration:

| | Alternate TLDs | | |
|---|---|---|---|
| 🌐 | haasrotaries.info | SAVE! | $2.99*/yr |
| 🌐 | haasrotaries.net | SAVE! | $9.99*/yr |
| 🌐 | haasrotaries.org | SAVE! | $4.99*/yr |
| 🌐 | haasrotaries.ca | | $12.99/yr |
| 🌐 | haasrotaries.me | SAVE! | $9.99*/yr |
| 🌐 | haasrotaries.ws | | $15.99/yr |
| 🌐 | haasrotaries.us | SAVE! | $3.99*/yr |
| 🌐 | haasrotaries.biz | SAVE! | $5.99*/yr |

| | Similar Premium Domains | |
|---|---|---|
| 🌐 | ZodiacAries.com | $1,448.00* |
| 🌐 | AriesTrails.com | $999.00* |
| 🌐 | AriesSign.com | $1,799.00* |
| 🌐 | AriesHotel.com | $3,088.00* |
| 🌐 | AriesMan.com | $3,588.00* |
| 🌐 | AriesTech.net | $688.00* |

Domains available at Go Daddy Auctions®:

| | | |
|---|---|---|
| 🌐 | hrassoft.com Ends on: 5/20/2013 8:21:00 AM PST | $1,595.00* |
| 🌐 | rotaries.com Ends on: 5/9/2013 6:15:00 PM PST | $6,000.00* |
| 🌐 | yhoas.com Ends on: 4/30/2013 9:17:00 AM PST | $1,795.00* |
| 🌐 | sebastianhaas.com Ends on: 4/17/2013 10:29:00 AM PST | $2,395.00* |
| 🌐 | haascabinets.com Ends on: 4/15/2013 2:57:00 PM PST | $2,500.00* |
| 🌐 | haasrota.com Ends on: 4/15/2013 12:57:00 PM PST | $888.00* |

### Learn more about

Private Registration                 Deluxe Registration

Business Registration                Protected Registration

*Plus ICANN fee of $0.18 per domain name/year.
**.CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

Enter a domain name to search                .com

Whois Lookup | Domain Availability - Registration Information                    Page 1 of 2

Log in to My Account   or Create Account

24/7 Support (480) 505-3877   Support
Hablamos Español

Commercials  |  Deals  |  Bob's Blog

| All Products ▾ | Cart ▾ | Find Your Domain | Build your Website | Get website Hosting | Grow with Web Tools | WHOIS Domain Check |

**WHOIS search results for:**
**HAASHELP.CO**
(Registered)

**Is this your domain?**
Add hosting, email and more.

**Want to buy this domain?**
Get it with our Domain Buy service.

The data contained in GoDaddy.com, LLC's WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: HAASHELP.CO
Created on: 24-Feb-12
Expires on: 23-Feb-14
Last Updated on: 13-Dec-12

Registrant:
FHD International LLC

1582 E Bramble Lane
Meridian, Idaho 83642
United States

Administrative Contact:
Master, Web webmaster@cncpros.net
FHD International LLC
1582 E Bramble Lane
Meridian, ID 83642
United States
+1.2088689238

Technical Contact:
Master, Web webmaster@cncpros.net
FHD International LLC
1582 E Bramble Lane
Meridian, ID 83642
United States
+1.2088689238

Domain servers in listed order:
NS.HAASHELP.CO
NS1.HAASHELP.CO

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report for this Whois

**NameMatch Recommendations**

GoDaddy.com NameMatch has found similar domain names related to your search.
Registering multiple domain names may help protect your online brand and enable you to
capture more Web traffic, which you can then direct to your primary domain.

Domains available for new registrations

| Alternate TLDs | | |
|---|---|---|
| haashelp.info | SAVE! | $2.99*/yr |
| haashelp.net | SAVE! | $8.99*/yr |
| haashelp.org | SAVE! | $4.99*/yr |
| haashelp.ca | | $12.99/yr |
| haashelp.me | SAVE! | $8.98/yr |
| haashelp.ws | | $18.99/yr |
| haashelp.us | SAVE! | $3.99/yr |
| haashelp.biz | SAVE! | $5.99*/yr |
| **Similar Premium Domains** | | |
| AutomotiveRepairHelp.com | | $949.00* |
| HelpAddiction.com | | $2,049.00* |
| HelpStopSmoking.com | | $1,999.00* |
| AsheArt.com | | $888.00* |
| Ashe.net | | $13,300.00* |
| Helpl.org | | $2,488.00* |

Domains available at Go Daddy Auctions®:

| | | |
|---|---|---|
| haasoft.com Ends on: 5/20/2013 8:21:00 AM PST | | $1,595.00* |
| saleshelponline.com Ends on: 5/14/2013 11:00:00 PM PST | | $1,850.00* |
| bestnamesforhire.com Ends on: 5/14/2013 11:00:00 PM PST | | $1,850.00* |
| onlinesaleshelp.com Ends on: 5/14/2013 11:00:00 PM PST | | $1,850.00* |
| cncchelpsalfiles.com Ends on: 5/14/2013 11:00:00 PM PST | | $1,850.00* |
| iophonehelpline.com Ends on: 5/7/2013 11:00:00 PM PST | | $500.00* |

**Learn more about**

Private Registration                Deluxe Registration

Business Registration               Protected Registration

*The .CA/dot fee of $0.16 per domain name year.
**.CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

Enter a domain name to search                .com

Whois Lookup | Domain Availability - Registration Information                                      Page 1 of 2

Log In to My Account   or Create Account                                      24/7 Support: (480) 505-8877   Support
                                                                              Hablamos Español

                                                                              Commercials | Deals | Bob's Blog

| All Products ▼ | Cart ▼ | Find Your Domain | Build your Website | Get website Hosting | Grow with Web Tools | WHOIS Domain Check |

**WHOIS search results for:**
**HAASSUPPORT.CO**
(Registered)

**Is this your domain?**
Add hosting, email and more.

**Want to buy this domain?**
Get it with our Domain Buy service.

The data contained in GoDaddy.com, LLC's WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warrantee regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: HAASSUPPORT.CO
Created on: 24-Feb-12
Expires on: 23-Feb-14
Last Updated on: 11-Feb-13

Registrant:
FHD International

1582 E Bramble
Meridian, Idaho 83642
United States

Administrative Contact:
MASTER, WEB WEBMASTER@CNCPROS.NET
FHD International
1582 E Bramble
Meridian, Idaho 83642
United States
+1.2088689238

Technical Contact:
MASTER, WEB WEBMASTER@CNCPROS.NET
FHD International
1582 E Bramble
Meridian, Idaho 83642
United States
+1.2088689238

Domain servers in listed order:
NS.HAASSUPPORT.CO
NS1.HAASSUPPORT.CO

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

**NameMatch Recommendations**

GoDaddy.com NameMatch has found similar domain names related to your search.
Registering multiple domain names may help protect your online brand and enable you to
capture more Web traffic, which you can then direct to your primary domain.

Domains available for new registration:

| Alternate TLDs | | | |
|---|---|---|---|
| haassupport.info | | SAVE! | $2.99*/yr |
| haassupport.net | | SAVE! | $8.99*/yr |
| haassupport.org | | SAVE! | $4.99*/yr |
| haassupport.ca | | | $12.99/yr |
| haassupport.me | | SAVE! | $8.99/yr |
| haassupport.ws | | | $15.99/yr |
| haassupport.us | | SAVE! | $3.99*/yr |
| haassupport.biz | | SAVE! | $5.99*/yr |
| Similar Premium Domains | | | |
| SupportChildren.com | | | $1,649.00* |
| Child-Supports.com | | | $449.00* |
| StateChildSupport.com | | | $999.00* |
| SupportYourBack.com | | | $2,088.00* |
| SupportDigest.com | | | $688.00* |
| SupportBra.com | | | $1,700.00* |

Domains available at Go Daddy Auctions®:

| | | |
|---|---|---|
| haasii.com Ends on: 5/20/2013 6:21:00 AM PST | | $1,595.00* |
| vhaas.com Ends on: 4/30/2013 9:17:00 AM PST | | $1,795.00* |
| sebastianhaas.com Ends on: 4/17/2013 10:28:00 AM PST | | $2,385.00* |
| haasaplcreate.com Ends on: 4/16/2013 2:57:00 PM PST | | $2,500.00* |
| haaspcts.com Ends on: 4/15/2013 12:57:00 PM PST | | $698.00* |
| haast.net Ends on: 4/15/2013 8:58:00 AM PST | | $1,335.00* |

**Learn more about**

Private Registration                    Deluxe Registration

Business Registration                   Protected Registration

*Plus ICANN fee of $0.18 per domain name year.
**CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

Enter a domain name to search                    .com

Whois Lookup | Domain Availability - Registration Information                     Page 1 of 2

---

Log in to My Account   or Create Account

24/7 Support: **(480) 505-8877**   Support
Hablamos Español

Commercials | Deals | Bob's Blog

| All Products ▾ | Cart ▾ | Find Your Domain | Build your Website | Get website Hosting | Grow with Web Tools | WHOIS Domain Check |

---

WHOIS search results for:
**HAASSPINDLES.CO**
(Registered)

**Is this your domain?**
Add hosting, email and more.

**Want to buy this domain?**
Get it with our Domain Buy service.

The data contained in GoDaddy.com, LLC's WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: HAASSPINDLES.CO
Created on: 24-Feb-12
Expires on: 23-Feb-14
Last Updated on: 17-Jan-13

Registrant:
FHD International LLC

1582 E Bramble Lane
Meridian, Idaho 83642
United States

Administrative Contact:
Master, Web webmaster@cncpros.net
FHD International LLC
1582 E Bramble Lane
Meridian, ID 83642
United States
+1.2088889236

Technical Contact:
Master, Web webmaster@cncpros.net
FHD International LLC
1582 E Bramble Lane
Meridian, ID 83642
United States
+1.2088889236

Domain servers in listed order:
NS.HAASSPINDLES.CO
NS1.HAASSPINDLES.CO

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

**NameMatch Recommendations**

GoDaddy.com NameMatch has found similar domain names related to your search.
Registering multiple domain names may help protect your online brand and enable you to
capture more Web traffic, which you can then direct to your primary domain.

Domains available for new registration:

| Alternate TLDs | | |
|---|---|---|
| haasspindles.info | SAVE! | $2.99*/yr |
| haasspindles.net | SAVE! | $8.99*/yr |
| haasspindles.org | SAVE! | $4.99*/yr |
| haasspindles.ca | | $12.99/yr |
| haasspindles.me | SAVE! | $8.99/yr |
| haasspindles.ws | | $15.99/yr |
| haasspindles.us | SAVE! | $3.99/yr |
| haasspindles.biz | SAVE! | $5.99*/yr |
| Similar Premium Domains | | |
| RailingSpindles.com | | $1,149.00* |
| PorchSpindles.com | | $1,249.00* |
| DeckRailingSpindles.com | | $509.00* |
| SpindleLock.com | | $1,888.00* |
| Mandil.net | | $4,588.00* |
| ThermalePike.com | | $1,251.00* |

Domains available at Go Daddy Auctions®:

| | |
|---|---|
| haasoft.com Ends on: 5/20/2013 8:21:00 AM PST | $1,595.00* |
| vhaas.com Ends on: 4/30/2013 9:17:00 AM PST | $1,795.00* |
| sebastianhaas.com Ends on: 4/17/2013 10:22:00 AM PST | $2,395.00* |
| haascabinets.com Ends on: 4/15/2013 2:57:00 PM PST | $2,500.00* |
| haasoarts.com Ends on: 4/15/2013 12:57:00 PM PST | $988.00* |
| haasf.net Ends on: 4/18/2013 8:56:00 AM PST | $1,335.00* |

**Learn more about**

Private Registration                          Deluxe Registration

Business Registration                         Protected Registration

*Plus ICANN fee of $0.18 per domain name year.
**.CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

---

Enter a domain name to search                .com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge _____ S. James Otero _____ and the assigned

Magistrate Judge is _____ Frederick F. Mumm _____ .

The case number on all documents filed with the Court should read as follows:

## CV14-84-SJO(FFMx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

_____ January 3, 2014 _____
Date

By _____ C. Sawyer _____
Deputy Clerk

---

## NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

| | | |
|---|---|---|
| [x] Western Division | [ ] Southern Division | [ ] Eastern Division |
| 312 N. Spring Street, G-8 | 411 West Fourth St., Ste 1053 | 3470 Twelfth Street, Room 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701 | Riverside, CA 92501 |

**Failure to file at the proper location will result in your documents being returned to you.**

BUCHALTER NEMER, A Professional Corporation
George J. Stephan (SBN:67692) /Farah P. Bhatti(SBN:
218633) Jason E. Goldstein (SBN:207481)/Suliman
Jamal (SBN:293423)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: (949) 760-1121 Fax: (949) 720-0182
gstephan@buchalter.com; fbhatti@buchalter.com;
jgoldstein@buchalter.com; sjamal@buchalter.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAAS AUTOMATION, INC.,<br><br>PLAINTIFF,<br><br>v.<br><br>BRIAN DENNY, an individual, CNCPROS.NET, Inc., an Idaho Corporation, AUTOMATED SOLUTIONS, INC., an Idaho Corporation doing business as ASI MACHINE & SUPPLY, CNCLISTINGS, LLC, an Idaho Corporation, FHD INTERNATIONAL, LLC, an Idaho limited liability company and Does 1-10 inclusive<br><br>DEFENDANTS. | CASE NUMBER<br>CV14-84 SJO (FFMx)<br><br><br><br>**SUMMONS** |

TO:

A lawsuit has been filed against you.

Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>George J. Stephan</u>, whose address is <u>Buchalter Nemer, 1000 Wilshire Blvd., Ste. 1500, Los Angeles California, 90017</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __1/6/2014__

By: _____

Deputy Clerk

*(Seal of the Court)*

1202

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*


American LegalNet, Inc.
www.FormsWorkFlow.com

## CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| HAAS AUTOMATION, INC., | BRIAN DENNY, an individual, CNCPROS.NET, Inc., an Idaho Corporation, AUTOMATED SOLUTIONS, INC, an Idaho Corporation doing business as ASI Machine & Supply, CNCLISTINGS, LLC, an Idaho Corporation, and Does 1-10 inclusive, |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| George J. Stephan/Farah P. Bhatti, Esq. /Jason E. Goldstein<br>BUCHALTER NEMER<br>1000 Wilshire Blvd., Ste. 1500<br>Los Angeles, CA 90017<br>(213) 891-0700 | Steven F. Schossberger<br>Hawley Troxell<br>877 Main Street, Suite 1000<br>Boise, Idaho 83701<br>tel: 208-388-4975 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No ☒ **MONEY DEMANDED IN COMPLAINT: $** 1,700,000.00

**VI. CAUSE OF ACTION** (Cite the U. S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. Section 1125(d) - Anticybersquatting Consumer Protection Act

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 61 HIA(1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities – Employment | ☐ 640 R.R.& Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | **IMMIGRATION** | ☐ 446 American with Disabilities – Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW 405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: CV14-84 SJO (FFMx)

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

American LegalNet, Inc.
www.FormsWorkflow.com

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ No ☐ Yes

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☐ No ☒ Yes

If yes, list case number(s):  2:09-cv-08336-CBM-PLA; CV12-04779 CBM (PLAx); CV12-4779 (CBM)(PLAx)

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  ☒ A. Arise from the same or closely related transactions, happenings, or events; or
☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☒ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☒ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Ventura | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Idaho | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Ventura and Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date  January 3, 2014

George J. Stephan

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

American LegalNet, Inc.
www.FormsWorkflow.com